UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JERRY NGOME KOMANDO,

              Petitioner,

v.

WARDEN, EDEN DETENTION
CENTER,

              Respondent.

No.  6:26-CV-00061-H

## **ORDER**

Petitioner Jerry Ngome Komando is a native and citizen of Cameroon.  Proceeding pro se, he filed a 28 U.S.C. § 2241 habeas petition to challenge his prolonged immigration detention in the Eden Detention Center since November 14, 2025, when U.S. Immigration and Customs Enforcement (ICE) re-detained him to effectuate his 2023 removal order.  Dkt. No. 7.  He seeks immediate release.

Respondent filed a response and relevant records, arguing that the Court should deny the petition because Komando fails to demonstrate that his continued detention violates the Constitution or laws of the United States.  Dkt. Nos. 9, 10.  In particular, Respondent argues that Komando's petition is premature because, when he filed it, the presumptively reasonable six-month period of detention to effectuate his removal, as established by *Zadvydas v. Davis*, 533 U.S. 678 (2001), had not yet expired.  Additionally, Respondent argues that Komando's due process claims have no merit and that his request for injunctive relief and claim that DHS violated its agency regulations are not cognizable under habeas

review.  Komando filed a reply, insisting that his detention violates *Zadvydas* and that his remaining claims have merit.  Dkt. No. 11.

The Court has reviewed the parties' pleadings, relevant records, and applicable law. For the reasons stated in Respondent's response, the Court concludes that Komando fails to demonstrate that his detention is unlawful and, in turn, fails to demonstrate that he is entitled to habeas relief.  Additionally, it appears that Komando's petition has since become moot.  After conducting a search on the ICE online detainee locator system, the Court confirms and takes judicial notice of the fact that, as of today, Komando is no longer in ICE custody.[1]  *See Chay v. Holder*, 470 F. App'x 406, 407 (5th Cir. 2012) (citations omitted).

Komando's petition is therefore denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated May 27, 2026.

James Wesley Hendrix
United States District Judge

---

[1] *See* https://locator.ice.gov/odls/#/search (last visited May 27, 2026).